Kevin Fallon McCarthy (#011017)
Jacob W. Hippensteel (#032713)
Michael D. Adams (#035190)
Michael.adams@mccarthylawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeannette Cota, | Case No.: 2:23-cv-02292-DGC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING** |
| Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing; and Experian Information Solutions, Inc. | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant

Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing may be dismissed

without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against

Experian Information Solutions, Inc. remain pending.

Dated:  February 21, 2024

/s/ Michael D. Adams
Michael D. Adams
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320

Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Michael D. Adams*