# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeannette Cota,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing; and Experian Information Solutions, Inc.<br><br>　　　　　　Defendants. | No. CV-23-2292-PHX-DGC<br><br>**ORDER** |

The Court has been advised that this case has settled as to Defendant Experian Information Solutions, Inc. Doc. 13.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice, within **60 days** of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending deadlines are vacated.

3. The Clerk is directed to **terminate** this matter on **April 20, 2024** without further leave of Court.

Dated this 21st day of February, 2024.

*David G. Campbell*
David G. Campbell
Senior United States District Judge